IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAMEL JONES<br><br>**Plaintiff,**<br><br>v.<br><br>EMPLOYEES OF THE DOC OF PA AT SCI-PHOENIX, DR. DESANTIS, and PA STEPHEN KAMINSKY<br><br>**Defendants.** | CIVIL ACTION NO. 22-2386 |

## ORDER

**AND NOW,** this 8th day of July 2025, upon consideration of Defendants' Motion to Dismiss and Plaintiff's response thereto, it is hereby **ORDERED** that the Motion to Dismiss [Doc. No. 94] is **GRANTED**. Plaintiff's Amended Complaint is **DISMISSED with prejudice**. The Clerk of Court is directed to **CLOSE** the case.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**